JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATIENCE SIMON-OKUBE, | Case No. 8:23-cv-01033-JWH-KES |
| Plaintiff, | **JUDGMENT** |
| v. | |
| AMERICAN EXPRESS NATIONAL BANK, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and TRANSUNION, LLC, | |
| Defendants. | |

Pursuant to the Scheduling Notice and Order [ECF No. 31] entered on or about November 28, 2023, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.
2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 31, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE